**Order entered January 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01237-CV

**MICHAEL BLOOM, Appellant**

**V.**

**SANDRA M. SWANGO, Appellee**

On Appeal from the Probate Court No. 3
Dallas County, Texas
Trial Court Cause No. PR-14-01380-3

## ORDER
**Before Chief Justice Wright and Justices Lang-Miers and Stoddart**

We **DENY** appellant's December 30, 2014, motion to reconsider motion for stay and/or writ of prohibition.

/s/ CRAIG STODDART
JUSTICE